UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Nahledge Vaughn            Docket No. 7:21-CR-46-1M

## Petition for Action on Supervised Release

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nahledge Vaughn, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on August 31, 2021, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On June 13, 2024, the defendant's sentence was reduced to a term of 51 months imprisonment.

He was released from custody on March 4, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant reported he is interested in completing Moral Recognition Therapy. This is a cognitive behavioral treatment program that has a goal of reducing recidivism by addressing moral reasoning and encouraging better decision making. Therefore, the probation officer respectfully recommends the conditions of supervised release be modified to include completion of a cognitive behavioral program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Korey A. Cross<br>Korey A. Cross<br>U.S. Probation Officer<br>Phone: 910-679-2051<br>Executed On: July 17, 2025 |

## ORDER OF THE COURT

Considered and ordered this 21st day of July, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge